**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Criminal Number: 1:09CR480** |
| | ) | **Hon. Gerald B. Lee** |
| **CARLOS FUENTES-RAMIREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

The defendant in the above-styled case hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the judgment entered on the docket in this court on the 16th of April, 2010.

Respectfully submitted,

_____/s/_____
Geremy C. Kamens
Va Bar No. 41596
Attorney for Carlos Eduardo Fuentes-Ramirez
Assistant Federal Public Defender
Eastern District of Virginia
1650 King Street, Suite 500
Alexandria, VA  22314
Telephone:    703-600-0848
Facsimile:     703-600-0880
Geremy_Kamens@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2010, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

William H. Jones, II, Esquire
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA   22314
Bill.Jones3@usdoj.gov

 

                                                             /s/
                                          Geremy C. Kamens
                                          Va Bar No. 41596
                                          Attorney for Carlos Eduardo Fuentes-Ramirez
                                          Assistant Federal Public Defender
                                          Eastern District of Virginia
                                          1650 King Street, Suite 500
                                          Alexandria, VA   22314
                                          Telephone:     703-600-0848
                                          Facsimile:     703-600-0880
                                          Geremy_Kamens@fd.org